# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARSEN KASHKASHIAN, JR. | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 14-4867 |
| JOHN J. SHANAHAN, JR. | : |

## ORDER

AND NOW, this 5th day of November, 2014, upon consideration of the appeal from the Order entered by the U.S. Bankruptcy Court for the Eastern District of Pennsylvania on July 10, 2014 (Adversary Proceeding No. 92-2312, Doc. No. 65), it is hereby ORDERED that this appeal is DISMISSED for lack of jurisdiction.

IT IS FURTHER ORDERED that Appellee's Motion to Dismiss the Appeal (Doc. No. 3) is DENIED AS MOOT.

The Clerk of Court is directed to close this matter.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.